# Lee Litigation Group, PLLC
148 West 24th Street, Eighth Floor
New York, NY 10011
Tel: 212-465-1180
Fax: 212-465-1181
info@leelitigation.com

WRITER'S DIRECT:   212-465-1188
　　　　　　　　　cklee@leelitigation.com

July 1, 2022

**Via ECF**
Hon. Judge Gary R. Brown, U.S.D.J.
United States District Court
Eastern District of New York
100 Federal Plaza
Central Islip, New York 11722

      Re:    *Spooner v. Best Wireless Management LLC, et al.*
               Case No.: 2:22-cv-02290 (GRB)

Dear Judge Brown:

    This office represents Plaintiff, John Spooner ("Plaintiff"), in the above-referenced matter. We write to respectfully inform Your Honor that the First Amended Complaint, (Dkt. No. 12) is filed on written consent of Defendants.

    We thank the Court for its attention to this matter.

Respectfully Submitted,

*/s/ C.K. Lee*
C.K. Lee, Esq.

cc: all parties via ECF