UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---

JOHN SPOONER, *on behalf of himself, FLSA Collective Plaintiffs, and the Class,*

          Plaintiff,

v.

DELTA ENTERPRISE USA NY LLC,
K-MOBILE LLC
    d/b/a BEST WIRELESS,
JOHN DOE BEST WIRELESS STORES 1-34, and
NISHANT NICK GARG,

          Defendants.

Case No.: 2:22-cv-02290

**NOTICE OF ACCEPTANCE OF OFFER OF JUDGMENT**

---

      Pursuant to Rule 68 of the Federal Rules of Civil Procedure, Plaintiff John Spooner hereby accepts and provides notice that he has accepted the Offer of Judgment from Defendants dated March 16, 2023, and annexed hereto as **Exhibit A**.

Dated: March 23, 2023

                                Respectfully submitted,

By:

                                C.K. Lee, Esq. (CL 4086)
                                LEE LITIGATION GROUP, PLLC
                                148 West 24th Street, 8th Floor
                                New York, NY 10011
                                Tel.: (212) 465-1188
                                Fax: (212) 465-1181
                                *Attorney for Plaintiff*

CERTIFICATE OF SERVICE

I hereby certify that on March 23, 2023, I caused Plaintiff's Notice of Acceptance of Offer of Judgment to be served, via electronic mail, upon Defendants' counsel of record in this matter:

Elizabeth R. Gorman, Esq.
John J. Byrnes, Esq.
Milber Makris Plousadis & Seiden, LLP
1000 Woodbury Road, Suite 402
Woodbury, NY 11797
Tel: (516) 712-4000
egorman@milbermakris.com
jbyrnes@milbermakris.com
*Attorney for Defendants*

By: _____
C.K. Lee, Esq.