**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
JOHN SPOONER, on behalf of himself,
FLSA collective plaintiffs, and the Class,

                Plaintiff,

    - against -

DELTA ENTERPRISES USA NY LLC,
K-MOBILE LLC d/b/a BEST WIRELESS, JOHN
DOE BEST WIRELESS STORES 1-34, and
NISHANT NICK GARG,

                Defendants.
------------------------------------------------------------X

        **JUDGMENT**
        CV 22-2290 (GRB) (ST)

      A Notice of Acceptance of Offer of Judgment having been filed by Plaintiff on March 23, 2023, accepting Defendants March 16, 2023 offer to allow entry of judgment against them in the amount of $60,000.00, inclusive of attorneys' fees, costs and expenses accrued as of March 16, 2023, it is

      **ORDERED AND ADJUDGED** that judgment is entered in favor of Plaintiff John Spooner and against Defendants Delta Enterprises USA NY LLC, K-Mobile LLC, John Doe Best Wireless Stores 1-34, and Nishant Nick Garg in the amount of $60,000.00, inclusive of attorneys' fees, costs and expenses accrued as of March 16, 2023; and that this case is closed.

Dated: March 23, 2023
       Central Islip, New York

                    BRENNA B. MAHONEY
                    CLERK OF COURT

           By:   /s/ James J. Toritto
                 Deputy Clerk